UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SEAN ROUSE,

     Plaintiff,                    Case No. 3:25-cv-1

vs.

STATE FARM FIRE                District Judge Michael J. Newman
& CASUALTY COMPANY,      Magistrate Judge Caroline H. Gentry

     Defendant.

_____

## ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE IN THE DAYTON SEAT OF COURT

_____

The undersigned has recently acquired a conflict of interest in this case. Consequently, recusal is warranted. *See* 28 U.S.C. § 455(a). The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Court for random reassignment to another United States District Judge in the Dayton seat of Court eligible to preside over this case.

**IT IS SO ORDERED.**

January 6, 2025                      s/*Michael J. Newman*
                                    Hon. Michael J. Newman
                                    United States District Judge