# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| SEAN ROUSE, *et al.*, | : | Case No. 3:25-cv-00001 |
| Plaintiffs, | : : : | District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |
| vs. | : : | |
| STATE FARM FIRE & CASUALTY COMPANY, | : : : | |
| Defendant. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2) concerning diversity disclosure statements. Defendant has not filed a diversity disclosure statement as required by that Rule. Defendant is therefore **ORDERED** to file such a statement no later than **fourteen days** from the date of this Order. Plaintiffs will be required to file such a statement with their first appearance in this Court. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

    **IT IS SO ORDERED.**

                                              */s/ Caroline H. Gentry*
                                              Caroline H. Gentry
                                              United States Magistrate Judge