IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

SEAN ROUSE and AMANDA ROUSE,

Plaintiffs,

v.

CASE NO. 3:25-cv-00001
JUDGE THOMAS M. ROSE

STATE FARM FIRE AND CASUALTY
COMPANY,

Defendant.

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day came Plaintiffs, Sean Rouse and Amanda Rouse, by counsel, and Defendant State Farm Fire and Casualty Company ("State Farm"), by counsel, and hereby advised the Court that all matters and claims at issue and in dispute in connection with this action have been confidentially resolved by agreement between the parties. Whereupon Motion was made that this Court dismiss this action from the docket of the Court, with prejudice.

And the Court, based on the agreement of the parties, does hereby **ORDER** that the present action and all claims presented within should be, and the same are hereby **DISMISSED, WITH PREJUDICE**, with each party to bear its own costs and fees.

The Court hereby directs the Clerk of this Court to send certified copies of this Order to all counsel of record.

Entered this 7th day of November 2025.

/s/ Thomas M. Rose
JUDGE Thomas M. Rose